PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**

Jun 22, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-mj-00063-BAM |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING COMPLAINT AND ARREST WARRANTS, AND ORDER THEREON |
| REGINO GARCIA, JR., and ANTHONY MARTINEZ, | |
| Defendants. | |

IT IS HEREBY ORDERED that the Complaint and Arrest Warrants in the above-entitled matter, and the Order issued thereon, shall be SEALED until otherwise ordered by the court.

DATED: 6/22, 2021

*B. McAuliffe*
Honorable Barbara A. McAuliffe
United States Magistrate Judge

SEALING ORDER

1